**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1905 |

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jeneane Baque<br>**Defendants:**<br>Medtronic, Inc. | N.D. California | 07-cv-5352 | William H. Alsup (lower-numbered case) |
| **Plaintiffs:**<br>Rashid Hunter<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | N.D. California | 07-cv-6474 | Bernard Zimmerman |
| **Plaintiffs:**<br>Willie West, Pamela West<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | N.D. California | 07-cv-5697 | Maria Elena James |
| **Plaintiffs:**<br>Russell Nelson; George and Annabelle Anastas; Donald and Misty Tucker<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 07-cv-01969-JAG | Gustavo A. Gelpi |
| **Plaintiffs:**<br>David Wood<br>**Defendants:** | D.P.R. | 07-cv-01971-JAG | Gustavo A. Gelpi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:** Frederick Santitoro and Richard Kinney, on behalf of themselves and all other similarly situated <br> **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 07-cv-01972-JAG | Jay A. Garcia-Gregory |
| **Plaintiffs:** Norman Black <br> **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 07-cv-2014 | Gustavo A. Gelpi |
| **Plaintiffs:** Gilberto Colon-Perez, Luis E. Alfonso Diaz, Lorenzo Aponte-Matos, Marigloria Campo, Pedro J. Campo-Collazo, Pedro S. Contron, Conjugal Partnership Campo-Garcia, Conjugal Partnership Martinez-Rivera, Conjugal Partnership Martinez-Rivera, Conjugal Partnership Velez-Lugo, Conjugal Partnership Verzura, Conjugal Partnership Viera-Felix, Conjugal Partnership Morales-Ortiz, Heriberto Esqueldo, Francisca Felix, Nereida Garcia-Martinez, Ruiz Deal Gonzalez-Sierra, Humberto Hugobono, Wilfredo Izquierdo-Rodriguez, Richard F. Lee, Maria Lugo-Hernandez, Luis Martinez, Wilifredo Martinez, Luis H. Martinez-Rivera, Charles Martinez-Suarez, Suzanne Martinez-Suarez, Wilifredo | D.P.R. | 07-cv-2021 | Gustavo A. Gelpi |

-3-

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Martinez-Suarez, Maria E. Mojica-Mojica, Luicano Morales-Rodriguez, Luz Nereida Ortiz, Santiago Ortiz-Castro, Rosa Otero-Rivera, Gloria Pacheco, Jose B. Patovani-Flores, David Ramos, Antonio Rivera, Aurea Rivera, Aurea Rivera-Bermudez, Jose Luis Rivera-Fernandez, Pedro Rodriguez, Carolee Serrano-Rosario, Manuel Soto-Rodriguez, Ruth Suarez, Juan Torres-Quinones, Primitivo Velez-Santana, Rita Verzura, Vito Verzura, and Ramon Viera<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>William E. Storms<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 07-cv-2049 | Carmen C. Cerezo |
| **Plaintiffs:**<br>Gerald Phaup, Jr.<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 07-cv-2050 | Jay A. Garcia-Gregory |
| **Plaintiffs:**<br>Carlos Milan, Sharyn Heirgesell, William Weninger, John Ferrill, Ralph Judson, Diane Charette, Margaret W. Wagner, Alvin Lawson, Betty Wingo, Edward Marks, Stephen Andrews, Kimberly Ward, Dennis Lewis, Nancy Summers, Therman Barclay, Patricia Bradley | D.P.R. | 07-cv-2064 | Gustavo A. Gelpi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>Diego Maldonado Ocasio and Carmen Soto Alonso; Rosa M. Rosa Figueroa and Ramon Velez Morales; Jose R. Molina Figueroa and Sonia Torres Mendez; Jesus Rosado Garcia and Myrta Perez Oliveros; Juan E. Torres Marrero and Digna Orengo Marti<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 3:07-cv-02135 | Aida M. Delgado-Colon |
| **Plaintiffs:**<br>Cruz Reyes-Rivera and Luz Rodriguez Andino; Norma Olivera Colon and Tomas Santana Santiago; Julio Rosario Rios and Evelyn Murphy; Jose A. Candelario and Elsie Hernandez; Eufemia Caceres Medina; Osvaldo Matos<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 3:07-cv-02128 | Aida M. Delgado-Colon |
| **Plaintiffs:**<br>Don Bailey, Joseph Crawnley Jr., Edward Dickhausen, Jay Grant, Claude Groters Jr., Bobby Hutchins, Paul Pollard, Victoria Scran, Maurice Thomas, Gregory Cooley, Jack Earles, Julian Gibson, Lela Gray, David Hudson, Glen Marrs, Henry McKenzie Sr., Hennis Roussel, Sr., | D.P.R. | 3:07-cv-2161 | Gustavo A. Gelpi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Michael Teeters, Carmel Smith, Paul Bauman, Anthony Copicotto, Barbara Amann, Theresa Lequesne, Waney Barry, Richard Kocielko Sr., Allan Vannhorn, Robert Seybold, Kelly Molkenbur, Paula Schwartz, Christopher Saladino, Gerald P. Cashion, James Giambalvo, Diane Carlson, John Denoble, Alan Corleone, Siegfried Bauer, Robert H. Bauman, Robert Holsinger, Michael Varvel, Paul Del-Conte, Kenneth Darragon, Fred German, Charles Bartlett, Ronald Medina, Richard Farina, Dorothy North, Roger Vieira, Sandra Riker, Cecilia Cleveland, Ingemar Woods Sr., Ronald Attebery, Steven Moore, Desiree Johnson, Brian Beier, Michael Cotton, Aethur Bongiorno, Roger Matheney, William H. McGraw, Robert Judy, Thomas Queensberry, Gracie Hobson, Michael F. Wojciechowski, Catrina Woods, Robert Muntean, James Ivory, Irving L. Turner, Dorothy Mulkenbur, Raul Sierra<br><br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>Donald Barbera<br><br>**Defendants:**<br>Medtronic, Inc.; Medtronic | D.P.R. | 3:07-cv-2162 | Gustavo A. Gelpi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>Chester V. Smith, Jr.<br><br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 3:07-cv-2163 | Gustavo A. Gelpi |
| **Plaintiffs:**<br>Juan Orta-Rodriguez<br><br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 3:07-cv-2169 | Jose A. Fuste |
| **Plaintiffs:**<br>Fernando Ortiz-Gomez<br><br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D.P.R. | 3:07-cv-2170 | Jay A. Garcia-Gregory |
| **Plaintiffs:**<br>Eugene Clasby<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Florida | 07-cv-22768 | Ursula Ungaro |
| **Plaintiffs:**<br>Leroy Coffee<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Florida | 07-cv-81904 | William P. Dimitrouleas |
| **Plaintiffs:**<br>Herbert Mayo<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic | S.D. Florida | 07-cv-81094 | William P. Dimitrouleas |

-7-

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>Herbert Mayo<br>**Defendants:**<br>Medtronic, Inc. | S.D. Florida | 1:07-cv-23045 | Alan S. Gold |
| **Plaintiffs:**<br>John North<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Florida | 07-cv-22764 | Paul C. Huck |
| **Plaintiffs:**<br>Doug Venning<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Florida | 07-cv-81056 | Kenneth A. Marra |
| **Plaintiffs:**<br>Mary M. Wardewell as Personal Rep. of the Estate of David P. Wardwell<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Florida | 07-cv-81034 | Donald M. Middlebrooks |
| **Plaintiffs:**<br>Charles R. Phillips<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | S.D. Indiana | 1:07-cv-1556 | Sarah Evans Baker |
| **Plaintiffs:** Philip S. Brown<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | Kansas | 07-cv-2542 | Carlos Murguia |
| **Plaintiffs:**<br>Mattie Ley Johnson Londo<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | W.D. Louisiana | 07-cv-1809 | Rebecca F. Doherty |
| **Plaintiffs:**<br>Dianna Sonnier | W.D. Louisiana | 07-cv-1889 | Tucker L. Melancon |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:** Randall Stone **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | W.D. Louisiana | 07-cv-1902 | Robert G. James |
| **Plaintiffs:** Kenneth Paul Trosclair **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | E.D. Louisiana | 07-cv-7565 | Helen G. Barrigan |
| **Plaintiffs:** Henry J. Theriot, Earline B. Theriot **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | E.D. Louisiana | 07-cv-8441 | Eldon E. Fallon |
| **Plaintiffs:** Vertrena Wilkinson-Crum **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | M.D. Louisiana | 3:07-cv-0923 | Frank J. Polozola |
| **Plaintiffs:** Kelly Luisi, on behalf of herself and all others similarly situated; Len J. Stavish, on behalf of himself and all others similarly situated **Defendants:** Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D. Minnesota | 07-cv-04250-RHK-JSM | Richard H. Kyle |
| **Plaintiffs:** Harvey Lee Conway, Jr., John Paul Miller, and Charles Peterson, Jr. **Defendants:** Medtronic, Inc.; Medtronic | D. Minnesota | 07-cv-4270 | Richard H. Kyle |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | | | |
| **Plaintiffs:**<br>Linda J. White<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D. Minnesota | 07-cv-4412 | Richard H. Kyle |
| **Plaintiffs:**<br>Rodney C. Kesti<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D. Minnesota | 07-cv-4528 | James H .Rosenbaum |
| **Plaintiffs:**<br>Leonard Shapiro<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D. Minnesota | 07-cv-04669 | Paul A. Magnuson |
| **Plaintiffs:**<br>Jesse Noonan<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | D. Minnesota | 07-cv-04528 | James H. Rosenbaum |
| **Plaintiffs:**<br>Donald Alexander<br>**Defendants:**<br>Medtronic, Inc.. | D. Minnesota | 07-cv-04519 | Richard H. Kyle |
| **Plaintiffs:**<br>Kenneth Carlile<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | W.D. Missouri | 07-cv-6110 | Fernando J. Gaitan, Jr. |
| **Plaintiffs:**<br>Ruby McNabb | W.D. Missouri | 4:07-cv-0494 | Dean Whipple |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Medtronic USA, Inc. | | | |
| **Plaintiffs:**<br>Winnifred Leverson<br>**Defendants:**<br>Medtronic, Inc.; Medtronic Puerto Rico, Inc.; Medtronic Puerto Rico Operations Co. | SW.D. North Dakota | 1:07-cv-0090 | Daniel L. Hovland |
| **Plaintiffs:**<br>Ted Carter<br>**Defendants:**<br>Medtronic, Inc. | S.D. West Virginia | 2:07-cv-0752 | Joseph R. Goodwin |
| **Plaintiffs:**<br>Salina Marie Badillo<br>**Defendants:**<br>Medtronic, Inc. | W.D. Texas | 5:07-cv-0942 | Xavier Rodriguez |
| **Plaintiffs:**<br>Violet Klein<br>**Defendants:**<br>Medtronic, Inc. | N. D. Iowa | 1:07-cv-0104 | Edward J. McManus |
| **Plaintiffs:**<br>David Barrick<br>**Defendants:**<br>Medtronic World Headquarters | D. New Jersey | 3:07-cv-4393 | Mary L. Cooper |