JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO:    Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255
       Washington, D.C.  20002
       Panel Fax No.:  (202) 502-2888

       MDL No. 1905 — In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

## CERTIFICATE OF SERVICE

       Service of the foregoing Interested Person Response Of Plaintiff Rashid Hunter

For Inclusion In MDL Docket No. 1905 Centralization And for Consideration of the Northern

District of California as Transferee District was served upon all individuals in the attached Panel

Service List and Supplemental Proof of Service List by mailing a true and correct copy thereof

by United States mail, postage prepaid, this 2nd day of January, 2008.



Rizalino Altares

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>MEDTRONIC, INC., SPRINT FIDELIS<br>LEADS PRODUCTS LIABILITY<br>LITIGATION | MDL Docket No. 1905 |

**Supplemental Proof of Service List Pursuant to Rule 5.2(a)**

| | |
|---|---|
| United States District Court for the<br>District of Minnesota | Clerk of Court<br>United States District Court for the District of<br>Minnesota<br>764 Federal Building<br>316 N. Robert Street<br>St. Paul, MN 55101 |
| United States District Court for the<br>District of Puerto Rico | Clerk of Court<br>United States District Court for the District of<br>Puerto Rico<br>Clemente Ruiz-Nazario U.S. Courthouse and<br>Federico Degetau Federal Building<br>150 Carlos Chardon Street<br>Hato Rey, PR 00918 |
| United States District Court for the<br>Northern District of California | Clerk of Court<br>United States District Court for the Northern<br>District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| United States District Court for the<br>Southern District of Florida | Clerk of Court<br>United States District Court for the Southern<br>District of Florida |

|  |  |
|---|---|
|  | 301 North Miami Avenue<br>Miami, FL 33128 |
| United States District Court for the<br>Southern District of Indiana<br>(Indianapolis division) | Clerk of Court<br>United States District Court for the Southern<br>District of Indiana<br>Birch Bayh Federal Building and U.S.<br>Courthouse<br>46 East Ohio Street, Room 105<br>Indianapolis, IN 46204 |
| United States District Court for the<br>District of Kansas | Clerk of Court<br>United States District Court for the District of<br>Kansas<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 |
| United States District Court for the<br>Western District of Louisiana<br>(Lafayette office) | Clerk of Court<br>United States District Court for the Western<br>District of Louisiana<br>U.S. Courthouse, Suite 2100<br>800 Lafayette Street<br>Lafayette, LA 70501 |
| United States District Court for the<br>Western District of Louisiana (Monroe<br>Office) | Clerk of Court<br>United States District Court for the Western<br>District of Louisiana (Monroe Office)<br>Federal Building, Suite 215<br>201 Jackson Street<br>Monroe, LA 71201 |
| United States District Court for the<br>Middle District of Louisiana | Clerk of Court<br>United States District Court for the Middle<br>District of Louisiana<br>777 Florida Street, Ste. 139<br>Baton Rouge, LA 70801 |
| United States District Court for the<br>Eastern District of Louisiana | Clerk of Court<br>United States District Court for the Eastern<br>District of Louisiana<br>500 Poydras Street, Room C556<br>New Orleans, LA 70130 |
| United States District Court for the | Clerk of Court |

| | |
|---|---|
| Western District of Missouri | United States District Court for the Western District of Missouri<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street<br>Kansas City, MO 64106 |
| United States District Court for the District of North Dakota, Southwestern Division | Clerk of Court<br>United States District Court for the District of North Dakota, Southwestern Division<br>220 East Rosser Avenue<br>PO Box 670<br>Bismarck, ND 58502-0670 |
| United States District Court for the Southern District of West Virginia | Clerk of Court<br>United States District Court for the Southern District of West Virginia<br>PO Box 2546<br>Charleston, WV 25329 |
| United States District Court for the Northern District of Iowa | Clerk of Court<br>United States District Court for the Northern District of Iowa<br>101 First Street SE<br>Cedar Rapids, IA 52401 |
| United States District Court for the District of New Jersey | Clerk of Court<br>United States District Court for the District of New Jersey<br>Clarkson S. Fisher Building and US Courthouse<br>402 E. State Street, Room 2020<br>Trenton, NJ 08608 |
| United States District Court for the Western District of Texas | Clerk of Court<br>United States District Court for the Western District of Texas<br>655 East Durango Blvd., Rm. G65<br>San Antonio, TX 78206 |
| Counsel for Plaintiff Donald Alexander | Donald Alexander<br>31057 Oak Ridge Drive<br>Rocky Mount, MO 65072 |
| Counsel for Plaintiff Salina Marie Badillo | Douglas J. Kappmeyer<br>LAW OFFICE OF KAPPMEYER & LOPEZ, |

PLLC
301 N. Austin, Ste. 400
Seguin, TX 78155

Counsel for Plaintiffs Don Bailey, Joseph Crawnley Jr., Edward Dickhausen, Jay Grant, Claude Groters Jr., Bobby Hutchins, Paul Pollard, Victoria Scran, Maurice Thomas, Gregory Cooley, Jack Earles, Julian Gibson, Lela Gray, David Hudson, Glen Marrs, Henry McKenzie Sr., Hennis Roussel, Sr., Michael Teeters, Carmel Smith, Paul Bauman, Anthony Copicotto, Barbara Amann, Theresa Lequesne, Waney Barry, Richard Kocielko Sr., Allan Vannhorn, Robert Seybold, Kelly Molkenbur, Paula Schwartz, Christopher Saladino, Gerald P. Cashion, James Giambalvo, Diane Carlson, John Denoble, Alan Corleone, Siegfried Bauer, Robert H. Bauman, Robert Holsinger, Michael Varvel, Paul Del-Conte, Kenneth Darragon, Fred German, Charles Bartlett, Ronald Medina, Richard Farina, Dorothy North, Roger Vieira, Sandra Riker, Cecilia Cleveland, Ingemar Woods Sr., Ronald Attebery, Steven Moore, Desiree Johnson, Brian Beier, Michael Cotton, Aethur Bongiorno, Roger Matheney, William H. McGraw, Robert Judy, Thomas Queensberry, Gracie Hobson, Michael F. Wojciechowski, Catrina Woods, Robert Muntean, James Ivory, Irving L. Turner, Dorothy Mulkenbur, Raul Sierra

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Counsel for Plaintiff Donald Barbera

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Counsel for Plaintiff David Barrick

John M. Zaiter
BROSCIOUS & FISHER PC

|                                          | 111 West Washington Avenue<br>P.O. Box 230<br>Washington, NJ 07882 |
|------------------------------------------|-------------------------------------------|
| Counsel for Plaintiff Norman Black       | Neil D. Overholtz, Esq.<br>AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ<br>803 N. Palafox Street<br>Pensacola, FL 32501 |
| Counsel for Plaintiff Ted Carter         | Teresa C. Toriseva<br>Kathy A. Brown<br>WEXLER TORISEVA WALLCE LLP<br>1446 National Road<br>Wheeling, WV 26003 |
|                                          | Fred Thompson III<br>Rhett D. Klok<br>Henry Leventis<br>Carmen Scott<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>PO Box 1792<br>Mt. Pleasant, SC 29465 |
|                                          | Edward A. Wallace<br>Amber M. Nesbitt<br>WEXLER TORISEVA WALLCE LLP<br>55 Monroe Street, Ste. 3300<br>Chicago, IL 60603 |
|                                          | Donald A. Migliori<br>MOTLEY RICE LLC<br>321 South Main Street<br>PO Box 6067<br>Providence, RI 02940-6067 |
| Counsel for Plaintiff Leroy Coffee       | C. Brooks Cutter<br>David E. Smith<br>Stuart C. Taley<br>KERSHAW, CUTTER & RATINOFF LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814 |
| Counsel for Plaintiffs Harvey Lee        | Charles H. Johnson |

| | |
|---|---|
| Conway, Jr., John Paul Miller, and Charles Peterson, Jr. | Mimi B. Hua<br>CHARLES H. JOHNSON & ASSOCIATES, PA<br>2599 Mississippi Street<br>New Brighton, MN 55112-5060 |
| | Russell A. Ingebritson<br>Charles T. Hvass<br>Kathryn M. Kohn<br>730 2nd Avenue South<br>Minneapolis, MN 55402 |
| | C. Brooks Cutter<br>KERSHAW, CUTTER & RATINOFF LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814 |
| Counsel for Plaintiff Vertrena Wilkinson Crum | John W. Wilbert<br>WILBERT LAW FIRM<br>P.O. Box 512<br>58615 Belleview Road<br>Plaquemine, LA 70765-0512 |
| Counsel for Plaintiff Violet Klein | Anne E. Brown-Graff<br>Brad J. Brady<br>BRADY & O'SHEA<br>2735 1st Avenue, SE<br>Suite 205<br>Cedar Rapids, IA 52402 |
| Counsel for Plaintiff Winnifred Leverson | Mike Miller<br>Stacey E. Tjon<br>SOLBERG STEWART MILLER & TJON<br>1129 Fifth Ave. South<br>P.O. Box 1897<br>Fargo, ND 58107-1897 |
| Counsel for Plaintiff Mattie Ley Johnson Londo | Jerrold Parker<br>PARKER WAICHMAN ALONZO LLP<br>111 Great Neck Road<br>Great Neck, NY 10021 |
| | Ronnie G. Penton<br>209 Hoppen Place<br>Bogalusa, LA 70427 |

| | |
|---|---|
| Counsel for Plaintiff Herbert Mayo | Neil D. Overholtz, Esq.<br>AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ<br>803 N. Palafox Street<br>Pensacola, FL 32501 |
| | Joe Whatley, Esq.<br>Mitchell Breit, Esq.<br>WHATLEY, DRAKE & KALLAS<br>540 Broadway, 37th Floor<br>New York, NY 10036 |
| Counsel for Plaintiff Ruby McNabb | Thomas E. Hankins<br>HANKINS & CONKLIN PC<br>6812 North Oak Trafficway, Ste. 5<br>Gladstone, MO 64118 |
| Counsel for Plaintiffs Carlos Milan,<br>Sharyn Heirgesell, William Weninger,<br>John Ferrill, Ralph Judson, Diane<br>Charette, Margaret W. Wagner, Alvin<br>Lawson, Betty Wingo, Edward Marks,<br>Stephen Andrews, Kimberly Ward,<br>Dennis Lewis, Nancy Summers,<br>Therman Barclay, Patricia Bradley | Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Kevin P. Klibert<br>Salvadore Christina<br>BECNEL LAW FIRM, LLC<br>P.O. Drawer H<br>106 W. 7th Street<br>Reserve, LA 70084 |
| | Jerrold Parker<br>PARKER WAICHMAN ALONZO LLP<br>111 Great Neck Road<br>Great Neck, NY 10021 |
| | Camilo K. Salas III<br>SALAS & CO. LC<br>650 Poydras Street, Ste. 1660<br>New Orleans, LA 70130 |
| Counsel for Plaintiffs Russell Nelson,<br>George and Annabelle Anastas, and<br>Donald and Misty Tucker | Camilo K. Salas III<br>SALAS & CO. LC<br>650 Poydras Street, Ste. 1660<br>New Orleans, LA 70130 |

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

Nicholas A. Drakulich
JENNINGS & DRAKULICH, LLP
2002 Jimmy Durante Blvd. Ste 400
Del Mar, CA 92014

Wendy R. Fleishman
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Seth R. Lesser
LOCKS LAW FIRM
457 Haddonfield Road, Ste 500
Cherry Hill, NJ 10017

Hunter J. Shkolnik
RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042

Silvija A. Strikis
KELLOGG, HUBER, HANSEN, EVANS &
FIGEL PLLC
1615 M Street NW, Ste. 400
Washington, DC 20036-3209

Frederic S. Fox
Joel B. Stauss
Avia Cohen Pierson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, 1501
San Francisco, CA 94111

Counsel for Plaintiff John North
    Lance A. Harke, PA
HARKE & CLASBY LLP
155 South Miami Avenue, Ste. 600
Miami, FL 33130

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Nicholas A. Drakulich
JENNINGS & DRAKULICH, LLP
2002 Jimmy Durante Blvd. Ste 400
Del Mar, CA 92014

Silvija A. Strikis
KELLOGG, HUBER, HANSEN, EVANS &
FIGEL PLLC
1615 M Street NW, Ste. 400
Washington, DC 20036-3209

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

Seth R. Lesser
LOCKS LAW FIRM
457 Haddonfield Road, Ste 500

Cherry Hill, NJ 10017

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

Hunter J. Shkolnik
RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042

Counsel for Plaintiffs Diego
Maldonado Ocasio and Carmen Soto
Alonso; Rosa M. Rosa Figueroa and
Ramon Velez Morales; Jose R. Molina
Figueroa and Sonia Torres Mendez;
Jesus Rosado Garcia and Myrta Perez
Oliveros; Juan E. Torres Marrero and
Digna Orengo Marti

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

Counsel for Plaintiff Juan Orta-
Rodriguez

Eric M. Quetglas-Jordan
Jose F. Quetglas-Jordan
QUETGLAS LAW OFFICE
P.O. Box 16606
San Juan, PR 00918

Luis R. Rivera-Rodriguez
LUIS RAFAEL RIVERA LAW OFFICE
Capital Center Bldg., Ste. 401
239 Arterial Hostos
San Juan, PR 00918

Counsel for Plaintiff Fernando Ortiz-
Gomez

Eric M. Quetglas-Jordan
Jose F. Quetglas-Jordan
QUETGLAS LAW OFFICE
P.O. Box 16606
San Juan, PR 00918

Counsel for Plaintiff Gerald Phaup, Jr.

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

Daniel E. Becnel, Jr.
Matthew B. Moreland
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084

Jerrold Parker
PARKER WAICHMAN ALONZO LLP
111 Great Neck Road
Great Neck, NY 10021

Counsel for Plaintiff Charles R. Phillips

Irwin B. Levin
Richard E. Shevitz
Elizabeth J. Doepken
COHEN & MALAD, LLP
One Indiana Square, Ste 1400
Indianapolis, IN 46204

Counsel for Plaintiffs Cruz Reyes
Rivera and Luz Rodriguez Andino;
Norma Olivera Colon and Tomas
Santana Santiago; Julio Rosario Rios
and Evelyn Murphy; Jose A.
Candelario and Elsie Hernandez;
Eufemia Caceres Medina; Osvaldo
Matos

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

| | |
|---|---|
| Counsel for Plaintiffs Frederick<br>Santitoro and Richard Kinney | John Nevares, Esq.<br>JOHN F. NEVARES & ASSOCIATES, PSC<br>VIG Building<br>1225 Ponce de Leon Avenue, Ste. 1500<br>San Juan, PR 00907-3944 |

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Nicholas A. Drakulich
JENNINGS & DRAKULICH, LLP
2002 Jimmy Durante Blvd. Ste 400
Del Mar, CA 92014

Wendy R. Fleishman
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Seth R. Lesser
LOCKS LAW FIRM
457 Haddonfield Road, Ste 500
Cherry Hill, NJ 10017

|                                               | Hunter J. Shkolnik<br>RHEINGOLD, VALET, RHEINGOLD,<br>SHKOLNIK & MCCARTNEY LLP<br>113 East 37th Street<br>New York, NY 10016-3042 |
|-----------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------|

Counsel for Plaintiff Leonard Shapiro

Richard A. Lockridge
Robert K. Shelquist
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401-2197

Sherrie Savett
Michael T. Fantini
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA 19103

Counsel for Plaintiff Chester V. Smith, Jr.

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Counsel for Plaintiff William E. Storms

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

Teresa C. Toriseva
Kathy A. Brown
WEXLER TORISEVA WALLCE LLP
1446 National Road
Wheeling, WV 26003

Mark Kitrick
KITRICK, LEWIS & HARRIS CO., LPA
515 East Main Street, Ste. 515
Columbus, OH 43215

Counsel for Plaintiffs Kelly Luisi and          Elizabeth J. Cabraser
Len Stavish                                      LIEFF CABRASER HEIMANN
                                                   & BERNSTEIN, LLP
                                                 275 Battery Street, 30th Floor
                                                 San Francisco, CA  94111-3339

                                                 Seth R. Lesser
                                                 LOCKS LAW FIRM
                                                 457 Haddonfield Road, Ste 500
                                                 Cherry Hill, NJ 10017

                                                 Richard J. Arsenault
                                                 NEBLETT, BEARD & ARSENAULT
                                                 2220 Bonaventure Court
                                                 P.O. Box 1190
                                                 Alexandria, LA 71309-1190

                                                 Nicholas A. Drakulich
                                                 JENNINGS & DRAKULICH, LLP
                                                 2002 Jimmy Durante Blvd. Ste 400
                                                 Del Mar, CA 92014

                                                 Wendy R. Fleishman
                                                 LIEFF CABRASER HEIMANN
                                                   & BERNSTEIN, LLP
                                                 780 Third Avenue, 48th Floor
                                                 New York, NY  10017-2024

                                                 Hunter J. Shkolnik
                                                 RHEINGOLD, VALET, RHEINGOLD,
                                                 SHKOLNIK & MCCARTNEY LLP
                                                 113 East 37th Street
                                                 New York, NY 10016-3042

                                                 Silvija A. Strikis
                                                 KELLOGG, HUBER, HANSEN, EVANS &
                                                 FIGEL PLLC
                                                 1615 M Street NW, Ste. 400
                                                 Washington, DC 20036-3209

Counsel for Plaintiffs Henry J. Theriot
and Earline B. Theriot

Jane M. Triche
LAW OFFICES OF RISLEY C. TRICHE LLC
P.O. Drawer 339
4759 Highway 1
Napoleonville, LA 70390

Counsel for Plaintiff Doug Venning

John J. Stoia, Jr.
Rachel L. Jensen
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Adam Balkan
John Patterson
601 S. Federal Highway, Ste. 302
Boca Raton, FL 33432

Counsel for Plaintiffs Mary M.
Wardwell as Personal Rep. of the
Estate of David P. Wardwell

Paul J. Geller
Jack Reise
Stephen R. Astley
Elizabeth A. Shonson
120 East Palmetto Park Road, Ste. 500
Boca Raton, FL 33432-4809

John J. Stoia, Jr.
Rachel L. Jensen
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Counsel for Plaintiffs Willie West and
Pamela West

Richard A. Lockridge
Robert K. Shelquist
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401-2197

Counsel for Plaintiff Linda J. White

Richard A. Lockridge
Robert K. Shelquist
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401-2197

John J. Stoia, Jr.
Rachel L. Jensen
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Adam Balkan
John Patterson
601 S. Federal Highway, Ste. 302
Boca Raton, FL 33432

Counsel for Plaintiff David Wood

John Nevares, Esq.
JOHN F. NEVARES & ASSOCIATES, PSC
VIG Building
1225 Ponce de Leon Avenue, Ste. 1500
San Juan, PR 00907-3944

Camilo K. Salas III
SALAS & CO. LC
650 Poydras Street, Ste. 1660
New Orleans, LA 70130

Jerrold Parker
PARKER WAICHMAN ALONZO LLP
111 Great Neck Road
Great Neck, NY 10021

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

12/20/2007 15:43 FAX 2025022888          JPML                          ☑001

Printed on 12/20/2007

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**
**for**
**MDL 1905 - IN RE: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation**

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be
represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
    * Signifies that an appearance was made on behalf of the party by the representing attorney.
    # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
    All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
    Docket: 1905 - Medtronic, Inc., Sprint Fidelis Leads PL
    For Open Cases

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

<span style="float:right">Page 1</span>

Docket: 1905 - IN RE: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation

Status:  Pending on / /

Transferee District:          Judge:

<span style="float:right">Printed on 12/20/2007</span>

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Babbitt, Theodore<br>BABBITT JOHNSON OSBORNE & LECLAINCHE PA<br>1450 Centrepark Boulevard<br>Suite 100<br>West Palm Beach, FL 33401 | =>Phone: (561) 684-2500  Fax: (561) 684-6308<br>Coffee, Leroy |
| Balkan, Adam Mark<br>BALKAN & PATTERSON LLP<br>601 South Federal Highway<br>Suite 302<br>Boca Raton, FL 33431 | =>Phone: (561) 750-9191  Fax: (561) 750-1574  Email: tiffany@balkanpatterson.com<br>Wardwell (Per./Rep.-Est.-David P.), Mary M. |
| Barrios, Dawn M.<br>BARRIOS KINGSDORF & CASTEIX LLP<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139-3650 | =>Phone: (504) 524-3300  Fax: (504) 524-3313  Email: barrios@bkc-law.com<br>Theriot, Earline B.*; Theriot, Henry J.* |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Londo, Mattie Ley Johnson; Trosclair, Keith Paul; Wood, David* |
| Cutter, C. Brooks<br>KERSHAW CUTTER & RATINOFF LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | =>Phone: (916) 448-9800  Fax: (916) 669-4499  Email: bcutter@kcrlegal.com<br>West, Pamela*; West, Willie* |
| Fleishman, Wendy R.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY 10017-2024 | =>Phone: (212) 355-9500  Fax: (212) 355-9592  Email: wfleishman@lchb.com<br>North, John* |
| Grady, Rex<br>EDGAR LAW FIRM<br>408 College Ave<br>Santa Rosa, CA 95401 | =>Phone: (707) 545-3200  Fax: (707) 578-3040<br>Baque, Jeneane |
| Gustafson, Daniel E.<br>GUSTAFSON GLUEK PLLC<br>608 Second Avenue South<br>725 Northstar East<br>Minneapolis, MN 55402 | =>Phone: (612) 333-8844  Fax: (612) 339-6622<br>Luisi, Kelly; Stavish, Len J. |
| Harke, Lance A.<br>HARKE & CLASBY LLP | =>Phone: (305) 536-8220  Fax: (305) 536-8229  Email: lharke@harkeclasby.com<br>Clasby, Eugene* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,905 Continued)*                                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

155 South Miami Avenue
Suite 600
Miami, FL 33130

King, Laurence D.
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104

=>Phone: (415) 772-4700 Fax: (415) 772-4707 Email: LKing@kaplanfox.com
Noonan, Jesse*

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=>Phone: (612) 339-6900 Fax: (612) 339-0981 Email: lockrra@locklaw.com
Conway, Jr., Harvey Lee*; Miller, John Paul*; Peterson, Jr., Charles*

Nevares, John F.
JOHN F NEVARES & ASSOCIATES PSC
VIG Building, Suite 1504
1225 Ponce de Leon Avenue
San Juan, PR 00908-3667

=>Phone: (787) 722-9333 Fax: (787) 721-8820 Email: jfnevares-law@microjuris.com
Anastas, Annabelle*; Andrews, Stephen; Barclay, Therman; Black, Norman; Bradley, Patricia;
Charetta, Diane; Ferrill, John; Hierpaseli, Sharyn; Judson, Ralph; Lawson, Alvin; Lewis, Dennis;
Marks, Edward; Milan, Carlos; Phaup, Jr., Gerald; Russell-Nelson, Georgia*; Summers, Nancy;
Tucker, Donald*; Tucker, Misty*; Wagner, Margaret W.; Ward, Kimberly; Weninger, William;
Wingo, Betty

Parisi, John M.
SHAMBERG JOHNSON & BERGMAN CHTD
2600 Grand Blvd.
Suite 550
Kansas City, MO 64108

=>Phone: (816) 474-0004 Fax: (816) 474-0333 Email: jparisi@sjblaw.com
Brown, Phillip S.

Peterson, David M.
PETERSON & ASSOCIATES PC
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112-1253

=>Phone: (816) 531-4440 Fax: (816) 531-0660 Email: dmp@petersonlawfirm.com
Carlile, Kenneth R.

Pfleegar, Bryan A.
MICHAEL HINGLE & ASSOCIATES INC
220 Gause Boulevard
Slidell, LA 70458

=>Phone: (985) 641-6800 Fax: (985) 646-1471 Email: bryan@hinglelaw.com
Sonnier, Dianna*; Stone, Randall*

Quetglas-Jordan, Eric M.
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908-6606

=>Phone: (787) 722-0635 Fax: (787) 725-3970 Email: Eric@quetglaslaw.com
Alfonso-Diaz, Luis E.*; Aponte-Matos, Lorenzo*; Campo, Marigloria*; Cintron, Pedro S.*;
Colon-Perez, Gilberto*; Esqueldo, Heriberto*; Gonzalez-Sierra, Ruiz Dael*; Hugobono,
Humberto*; Izquierdo-Rodriguez, Wilfredo*; Martinez, Wilfredo*; Mojica-Mojica, Maria E.*;
Ortiz-Castro, Santiago*; Otero-Rivera, Rosa*; Pacheco, Gloria*; Ramos, David*;
Rivera-Fernandez, Jose Luis*; Rodriguez, Pedro*; Serrano-Rosario, Carolee*; Soto-Rodriguez,
Manuel*; Torres-Quinones, Juan*; Viera, Ramon*

Reise, Jack
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500

=>Phone: (561) 750-3000 Fax: (561) 750-3364 Email: jreise@csgrr.com
Venning, Doug*; White, Linda J.*

Note: Please refer to the report title page for complete report scope and key.

12/29/2007 15:43 FAX 2025022888        JPML                                    ☒004

*(Panel Attorney Service List for MDL 1,905 Continued)*

Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Boca Raton, FL 33432-4809 | |
| Stiklis, Silvija A.<br>KELLOGG HUBER HANSEN TODD EVANS & FIGEL PLLC<br><br>1615 M Street, N.W.<br>Suite 400<br>Washington, DC 20036-3209 | =>Phone: (202) 326-7939  Fax: (202) 326-7999  Email: satriklis@khhtc.com<br>Kinney, Richard*; Santhoro, Frederick* |
| Thompson, III, Fred<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | =>Phone: (843) 216-9118  Fax: (843) 216-9440  Email: fthompson@motleyrice.com<br>Storrs, William E.* |
| Zarov, Herbert L.<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | =>Phone: (312) 782-0600  Fax: (312) 701-7711  Email: hzarov@mayerbrown.com<br>Medtronic Puerto Rico Operations Co.*; Medtronic Puerto Rico, Inc. nka Medtronic International<br>Technology, Inc.*; Medtronic, Inc.* |
| Zimmerman, Charles S.<br>ZIMMERMAN REED PLLP<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | =>Phone: (612) 341-0400  Fax: (612) 341-0844  Email: csz@zimmreed.com<br>Kasti, Rodney C. |