1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:   510.763.2000
4  Facsimile:   510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:   213.457.8000
9  Facsimile:   213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendants
   Medtronic, Inc., Medtronic International
12 Technology, Inc., and Medtronic Puerto
   Operations Co.
13
   Elizabeth J. Cabraser (SBN 83151)
14 LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
15 Embarcadero Center West
   275 Battery Street, 30th Floor
16 San Francisco, California 94111-3339
   Telephone: (415) 956-1000
17 Facsimile: (415) 956-1008
   Email: ecabraser@lieffcabraser.com
18
   Attorneys for Plaintiffs
19

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22 RASHID HUNTER, et al.,            No.: 07-6474 (WHA)

23                 Plaintiffs,       **STIPULATION TO EXTEND TIME TO FILE A
                                     RESPONSIVE PLEADING TO PLAINTIFFS'
24 vs.                               COMPLAINT**

25 MEDTRONIC, INC., et al.

26                 Defendants.

27

28

746329.1

NO. 07-6474 (WHA)
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE
PLEADING TO PLAINTIFFS' COMPLAINT

1   Pursuant to Civil Local Rule 6-1, the parties through their respective counsel hereby stipulate that Defendants Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Operations Co. shall have until thirty (30) days after the Judicial Panel on Multidistrict Litigation issues a ruling on pending MDL motions to file a responsive pleading to Plaintiffs' Complaint. There have been no prior extensions.

Dated: January 25, 2008

_____
Dana A. Blanton (SBN 232379)
Sonja S. Weissman (SBN 154320)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:  510.763.2000
Facsimile:  510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:  213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

*Attorneys for Defendants
Medtronic, Inc., Medtronic International Technology,
Inc., and Medtronic Puerto Operations Co.*

Dated: January __, 2008

_____
Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

|  |  |
|---|---|
| 1 | Wendy R. Fleishman |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 780 Third Ave, 48th Floor |
|   | New York, NY 10017 |
| 3 | Telephone: (212) 355-9500 |
|   | Facsimile: (212) 355-9592 |
| 4 | |
| 5 | *Attorneys for Plaintiffs* |

746329.1

- 2 -

NO. 07-6474 (WHA)
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE
PLEADING TO PLAINTIFFS' COMPLAINT